JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No.: (702) 910-3329
Facsimile No.: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorneys for Defendant Michael Mendoza, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STOP FRANCHISING SPE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MENDOZA, INC, a Nevada corporation; and DOES 1 THROUGH 10,<br><br>Defendant. | CASE NO.: 2:22-cv-01471-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT [ECF NO. 1]**<br><br>**[FIRST REQUEST]** |

Plaintiff, STOP FRANCHISING SPE LLC ("Plaintiff") and Defendant, MICHAEL MENDOZA, INC. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, for good cause shown, hereby stipulate and agree to extend Defendant's deadline to file its response to Plaintiff's Complaint [ECF No. 1] (the "Complaint") from Wednesday, October 5, 2022, to Wednesday, October 12, 2022, for the following reasons:

1. Plaintiff filed their Complaint against Defendant Michael Mendoza, Inc. [ECF No. 1] on September 12, 2022.

2. On September 12, 2022, Plaintiff's counsel emailed a courtesy copy of the Complaint to Defendant's counsel.

3. Plaintiff filed their Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 10] (the "TRO") on September 13, 2022.

4. Plaintiff served Defendant with the TRO and the Complaint on September 14, 2022.

///

5. Since then, Defendant's counsel spent a significant amount of time drafting its opposition to the TRO. Additionally, Defendant's counsel was out of the office in observance of the Jewish holiday of Rosh Hashanah and will be out of the office in observance of Yom Kippur on October 5, 2022. The response to the Complaint is currently due on October 5, 2022.

6. Defendant needs additional time to adequately prepare its response to Plaintiff's Complaint.

7. The parties hereby stipulate that the deadline for Defendant's responsive pleading shall be extended by one week from October 5, 2022 until October 12, 2022.

8. This is the first stipulation for extension of time to file Defendant's responsive pleading.

THEREFORE, the Parties respectfully request an extension for Defendant to file its response to Plaintiff's Complaint [ECF No. 1] from October 5, 2022 to and including **October 12, 2022.** This stipulated extension is for good cause and not for improper delay.

DATED this 3rd day of October, 2022.

**MORTENSON TAGGART ADAMS LLP**

By: /s/ Kevin Adams
Kevin A. Adams, Esq. (*pro hac vice* application forthcoming)
CA State Bar No. 239171
Robert A. Schultz, Esq. (*pro hac vice* application forthcoming)
CA State Bar No. 305367
300 Spectrum Center Dr., Suite 1200
Irvine, CA 92618
kadams@mortensontaggart.com
rschultz@mortensontaggart.com

Rory T. Kay (NSBN 12416)
Tara U. Teegarden (NSBN 15344)
Kiley A. Harrison, Esq. (NSBN 16092)
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

*Attorneys for Plaintiff*

DATED this 4th day of October 2022.

**WILEY PETERSEN**

By:
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Ph: 702.910.3329
jblum@wileypetersenlaw.com

*Attorneys for Defendant*

**ORDER**
IT IS SO ORDERED
**DATED:** 5:34 pm, October 05, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2