Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
Kiley A. Harrison, Esq. (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Kevin A. Adams, Esq. (admitted pro hac vice)
CA State Bar No. 239171
Robert A. Schultz, Esq. (admitted pro hac vice)
CA State Bar No. 305367
MORTENSON TAGGART ADAMS LLP
300 Spectrum Center Dr., Suite 1200
Irvine, CA 92618
Telephone: (949) 774-2224
kadams@mortensontaggart.com
rschultz@mortensontaggart.com

Attorneys for Plaintiff
STOP Franchising SPE LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| STOP FRANCHISING SPE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MENDOZA, INC, a Nevada corporation; MICHAEL MENDOZA, an individual, and DOES 1 THROUGH 10,<br><br>Defendants. | Case No.2:22-CV-01471-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO ANSWER AND COUNTERCLAIMS [ECF No. 31]**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff STOP FRANCHISING SPE LLC ("Plaintiff"), along with Defendant and Counterclaimant MICHAEL MENDOZA, INC. ("MMI") and Defendant MICHAEL MENDOZA (the "Mendoza Parties") (collectively, the "Parties"), by and through their undersigned counsel of record, for good cause shown, hereby stipulate and agree as follows:

1    WHEREAS, Plaintiff initiated this action on September 8, 2022 (ECF No. 1);

2    WHEREAS, Plaintiff filed a First Amended Complaint on October 10, 2022 (ECF No.

3    23);

4    WHEREAS, on October 24, 2022, the Mendoza Parties filed an Answer to the First

5    Amended Complaint, and MMI filed Counterclaims (ECF No. 31);

6    WHEREAS, the Parties are actively meeting and conferring about Plaintiff's alleged

7    potential deficiencies with the Answer and Counterclaims, including Plaintiff's contemplated

8    motion to strike and motion to dismiss;

9    WHEREAS, the Parties agree that they need additional time to meet and confer about

10   these issues in order to potentially obviate the need for motion practice;

11   WHEREAS, the Parties agree that Plaintiff's deadline to respond to the Answer and

12   Counterclaims shall be extended from November 14, 2022 to and including December 12, 2022

13   in order to accommodate these meet and confer efforts;

14   WHEREAS, good cause exists for this extension in order to allow the Parties to continue

15   to meet and confer and evaluate whether or not an amended Answer and/or Counterclaims will

16   be filed or if there is an agreement that can be reached that would obviate the need for motion

17   practice;

18   WHEREAS, this stipulation is not sought for the purposes of delay;

19   WHEREAS, this is the first such stipulation for an extension of time;

20   . . .

21   . . .

22   . . .

23   . . .

24   . . .

25   . . .

26   . . .

27   . . .

28   . . .

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

THEREFORE, the Parties stipulate that Plaintiff's response to the Answer and Counterclaims, whether by answer, motion or otherwise, is due on or before December 12, 2022.

**IT IS SO STIPULATED**.

DATED:  November 9, 2022              McDONALD CARANO LLP

By:    */s/ Kiley A. Harrison*
Rory T. Kay (NSBN 12416)
Tara U. Teegarden (NSBN 15344)
Kiley A. Harrison (NSBN 16092)
2300 West Sahara Avenue, Suite 1200
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Attorneys for Plaintiff
STOP FRANCHISING SPE LLC.

DATED:  November 9, 2022              WILEY PETERSEN

By:    */s/ Jonathan Blum*
Jonathan Blum (NSBN 9515)
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
jblum@wileypetersenlaw.com

Attorneys for Defendants and
Counterclaimant
MICHAEL MENDOZA, INC. and
MICHAEL MENDOZA

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  November 10, 2022

-3-

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP and that on the 9th day of November, 2022, a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO ANSWER AND COUNTERCLAIMS [ECF No. 31]** was electronically filed with the Clerk of Court by using the CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/ Jelena Jovanovic
Jelena Jovanovic