Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
Kiley A. Harrison, Esq. (NSBN 16092)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Kevin A. Adams, Esq. (admitted *pro hac vice*)
CA State Bar No. 239171
Robert A. Schultz, Esq. (admitted *pro hac vice*)
CA State Bar No. 305367
MORTENSON TAGGART ADAMS LLP
300 Spectrum Center Dr., Suite 1200
Irvine, CA 92618
Telephone: (949) 774-2224
kadams@mortensontaggart.com
rschultz@mortensontaggart.com

*Attorneys for Plaintiff*
*STOP Franchising SPE LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STOP FRANCHISING SPE LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MENDOZA, INC, a Nevada corporation; MICHAEL MENDOZA, an individual; and DOES 1 THROUGH 10, <br><br> Defendants. <br><br> MICHAEL MENDOZA, INC, a Nevada corporation, <br><br> Counterclaimant <br><br> v. <br><br> STOP FRANCHISING SPE LLC, a Delaware limited liability company, <br><br> Counter-Defendant. | Case No.: 2:22-cv-01471-GMN-BNW <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant STOP FRANCHISING SPE LLC ("STOP"), Defendant/Counterclaimant MICHAEL MENDOZA, INC., and Defendant MICHAEL MENDOZA (together, the "Mendoza Parties") (collectively, the "Parties"), by and through their counsel of record, stipulate and agree that all claims against the Mendoza Parties and all counterclaims against STOP, in the above-captioned action, shall be voluntarily dismissed with prejudice. The Parties further agree that each party shall bear its own costs, disbursements, and attorney fees.

IT IS SO STIPULATED.

Dated: April 24, 2023.

| WILEY PETERSEN LAW | MCDONALD CARANO LLP |
|---|---|
| By: /s/ *Jonathan D. Blum*<br>Jonathan D. Blum, Esq. (NSBN 9515)<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Defendants/Counterclaimant Michael Mendoza Inc. and Michael Mendoza* | By: /s/ *Tara U. Teegarden*<br>Rory T. Kay, Esq. (NSBN 9224)<br>Tara U. Teegarden, Esq. (NSBN 15344)<br>Kiley A. Harrison, Esq. (NSBN 16092)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br><br>Kevin A. Adams, Esq. (admitted *pro hac vice*) (CA Bar No. 239171)<br>Robert A. Schultz, Esq. (admitted *pro hac vice*) (CA Bar. No. 305367)<br>MORTENSON TAGGART LLP<br>300 Spectrum Center Drive, Suite 1200<br>Irvine, California 92618<br><br>*Attorneys for Plaintiff/Counterdefendant Stop Franchising SPE LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 24, 2023